IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
| | Case No. _____ |
| v. | |
| NATHAN VANCELAN DEEMER, III | Violations:  18 U.S.C. §§ 922(g)(3), 922(n), 924(a)(1)(D) and 924(a)(8); 21 U.S.C. §§ 841(a), 841(b)(1)(B) and 841(b)(1)(C) |

COUNT ONE

**Possession of a Firearm by a Prohibited Person**

The Grand Jury Charges:

On or about May 31, 2024, in the District of North Dakota,

NATHAN VANCELAN DEEMER, III,

knowing that he was an unlawful user of a controlled substance as defined in 21 U.S.C. § 802, did knowingly possess a firearm, that is, a Taurus, Model PT111 G2, 9mm caliber pistol, with Serial Number TJU88057, said firearm having been shipped and transported in interstate and foreign commerce;

In violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(8).

## COUNT TWO

**Illegal Receipt of a Firearm by a Person Under Indictment**

The Grand Jury Further Charges:

On or about May 30 to 31, 2024, in the District of North Dakota,

NATHAN VANCELAN DEEMER, III,

who was then under indictment for a crime punishable by imprisonment for a term exceeding one year, to wit: Drugs – 3rd Degree – Possess – Methamphetamine/Amphetamine in School/Park/Public Housing Zone, in violation of Minn. Stat. § 152.023, Subd. 2(a)(6), in District Court, County of Wilkin, State of Minnesota, case number: 84-CR-24-142, with a charging date of on or about April 15, 2024, did willfully receive a firearm, that is, a Taurus, Model PT111 G2, 9mm caliber pistol, with Serial Number TJU88057, said firearm having been shipped and transported in interstate and foreign commerce;

In violation of Title 18, United States Code, Sections 922(n) and 924(a)(1)(D).

## COUNT THREE

**Possession with Intent to Distribute a Controlled Substance**

The Grand Jury Further Charges:

On or about May 31, 2024, in the District of North Dakota,

NATHAN VANCELAN DEEMER, III,

knowingly and intentionally possessed with an intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

COUNT FOUR

**Possession with Intent to Distribute a Controlled Substance**

The Grand Jury Further Charges:

On or about May 31, 2024, in the District of North Dakota,

NATHAN VANCELAN DEEMER, III,

knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of fentanyl,[1] a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

---

[1] 21 U.S.C. § 841(b)(1)(A)(vi): The chemical structure of fentanyl is N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide.

<u>FORFEITURE NOTICE</u>

Upon conviction of the offenses alleged in this Indictment,

NATHAN VANCELAN DEEMER, III,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), the firearm, ammunition, and other property involved in the commission of the offenses, including, but not limited to, the following:

- One Taurus, Model PT111 G2, 9mm caliber pistol, with Serial Number: TJU88057.

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ Mac Schneider
MAC SCHNEIDER
United States Attorney

RML/th